73 So.2d 431

Travis McCRARY et al.

v.

POLICE JURY OF CADDO PARISH et al.

No. 41377.

March 22, 1954.

Rehearing Denied May 31, 1954.

Edwin L. Blewer, Dist. Atty., John A. Richardson, Asst. Dist. Atty., Shreveport, for defendants-relators.

Horace M. Bickham, Jr., Vivian, Booth, Lockard & Jack, Shreveport, for plaintiffs-respondents.

HAWTHORNE, Justice.

Our decision in the case of McGee v. Police Jury of Caddo Parish, No. 41376, 225 La. 471, 73 So.2d 424, is decisive of the issue upon which a writ was granted in this case.

For the reasons assigned in the case of McGee et al. v. Police Jury of Caddo Parish, this day decided, the judgment of the Court of Appeal, Second Circuit, is affirmed. Relators are to pay all costs insofar as allowed by law.

HAMITER, J., dissents with written reason assigned by him in No. 41376.